# Back Office
### By Buyers Edge Platform

PERIOD INCOME AND EXPENSE
Period: 05/21/2025 - 06/17/2025
You're viewing the latest available data from July 12th, 2025, 11:55am
Report Generated On: 07/12/2025 12:05:43

| Account | Report Line | PERIOD-TO-DATE 05/21/2025 - 06/17/2025 | | YEAR-TO-DATE 01/01/2025 - 06/17/2025 | |
|---|---|---|---|---|---|
| | | AMT($) | (%) | AMT($) | (%) |
| | **INCOME** | | | | |
| | **SALES** | | | | |
| 3010 | FOOD SALES | $137,181.43 | 70.57% | $779,154.28 | 71.09% |
| 3020 | NA BEVERAGE SALES | $7,960.44 | 4.09% | $42,621.60 | 3.89% |
| | **TOTAL FOOD & BEV SALES** | **$145,141.87** | **74.66%** | **$821,775.88** | **74.98%** |
| | **BAR SALES** | | | | |
| 3170 | BEER SALES | $28,911.95 | 14.87% | $153,737.41 | 14.03% |
| 3180 | WINE SALES | $1,827.69 | 0.94% | $8,474.68 | 0.77% |
| 3100 | LIQUOR SALES | $18,521.85 | 9.53% | $112,075.60 | 10.23% |
| | **TOTAL BAR SALES** | **$49,261.49** | **25.34%** | **$274,287.69** | **25.02%** |
| | **TOTAL INCOME** | **$194,403.36** | **100.00%** | **$1,096,063.57** | **100.00%** |
| | **CONTROLLABLE COSTS** | | | | |
| | **FOOD COST** | | | | |
| 4010 | PRODUCE | -$2,190.68 | 1.51% | -$12,876.39 | 1.57% |
| 4020 | DAIRY | -$2,315.41 | 1.60% | -$12,730.10 | 1.55% |
| 4025 | BREAD | -$2,836.66 | 1.95% | -$17,611.28 | 2.14% |
| 4030 | MEAT | -$5,452.18 | 3.76% | -$30,848.48 | 3.75% |
| 4035 | FROZEN | -$9,360.18 | 6.45% | -$53,032.85 | 6.45% |
| 4040 | SEAFOOD | -$653.95 | 0.45% | -$3,485.20 | 0.42% |
| 4050 | GROCERY | -$6,369.15 | 4.39% | -$33,415.16 | 4.07% |
| 4055 | DESSERTS | -$1,193.70 | 0.82% | -$7,088.34 | 0.86% |
| 4060 | POULTRY | -$6,392.85 | 4.40% | -$38,069.36 | 4.63% |
| 4075 | PREP ITEMS | -$25.02 | 0.02% | -$356.96 | 0.04% |

PREPARED FROM THE CLIENT'S RECORDS WITHOUT AUDIT AND SUBJECT TO YEAR-END ADJUSTMENTS.
PREPARED BY BACK OFFICE.

Page 1 of 6

| Account | Report Line | PERIOD-TO-DATE 05/21/2025 - 06/17/2025 | | YEAR-TO-DATE 01/01/2025 - 06/17/2025 | |
|---|---|---|---|---|---|
| | | AMT($) | (%) | AMT($) | (%) |
| 4080 | NA BEVERAGES | -$1,697.50 | 1.17% | -$10,392.93 | 1.26% |
| 4087 | SHORTENING | -$1,363.03 | 0.94% | -$7,814.27 | 0.95% |
| | **TOTAL FOOD COST** | **-$39,850.31** | **27.46%** | **-$227,721.32** | **27.71%** |
| | **POUR COST** | | | | |
| 4320 | BEER | -$6,242.77 | 21.59% | -$32,037.96 | 20.84% |
| 4330 | WINE | -$157.90 | 8.64% | -$1,332.35 | 15.72% |
| 4370 | LIQUOR | -$2,243.82 | 12.11% | -$16,623.94 | 14.83% |
| 4380 | BAR CONSUMABLES | -$956.24 | 5.16% | -$5,997.79 | 5.35% |
| | **TOTAL POUR COST** | **-$9,600.73** | **19.49%** | **-$55,992.04** | **20.41%** |
| | **TOTAL COST OF SALES** | **-$49,451.04** | **25.44%** | **-$283,713.36** | **25.88%** |
| | **LABOR ANALYSIS** | | | | |
| | **BACK OF THE HOUSE** | | | | |
| 4435 | LINE COOK | -$15,795.57 | 8.13% | -$85,497.87 | 7.80% |
| 4440 | DISHWASHERS | -$2,374.94 | 1.22% | -$17,156.54 | 1.57% |
| | **B.O.H. TOTAL** | **-$18,170.51** | **9.35%** | **-$102,654.41** | **9.37%** |
| | **FRONT OF THE HOUSE** | | | | |
| 4444 | RUNNER | -$182.42 | 0.09% | -$1,097.25 | 0.10% |
| 4450 | HOST | -$4,379.66 | 2.25% | -$25,776.83 | 2.35% |
| 4460 | WAIT STAFF (SERVERS) | -$5,842.68 | 3.01% | -$32,704.83 | 2.98% |
| 4480 | BUSSER | -$106.47 | 0.05% | -$836.38 | 0.08% |
| 4485 | BARTENDERS | -$2,434.35 | 1.25% | -$13,628.80 | 1.24% |
| 4495 | FOH TRAINING | -$46.47 | 0.02% | -$1,053.00 | 0.10% |
| | **F.O.H. TOTAL** | **-$12,992.05** | **6.68%** | **-$75,097.09** | **6.85%** |
| | **TOTAL OPERATIONAL PAYROLL** | **-$31,162.56** | **16.03%** | **-$177,751.50** | **16.22%** |
| | **OTHER PAYROLL** | | | | |
| 4400 | MANAGER SALARIES | -$11,153.84 | 5.74% | -$75,283.26 | 6.87% |
| 4405 | SHIFT SUPERVISOR (HOURLY) | -$2,694.92 | 1.39% | -$5,128.98 | 0.47% |
| 4410 | ADMIN | -$7,692.32 | 3.96% | -$46,153.92 | 4.21% |

PREPARED FROM THE CLIENT'S RECORDS WITHOUT AUDIT AND SUBJECT TO YEAR-END ADJUSTMENTS.
PREPARED BY BACK OFFICE.

Page 2 of 6

| Account | Report Line | PERIOD-TO-DATE 05/21/2025 - 06/17/2025 | | YEAR-TO-DATE 01/01/2025 - 06/17/2025 | |
|---|---|---|---|---|---|
| | | AMT($) | (%) | AMT($) | (%) |
| 4420 | CHEF (KITCHEN MANAGER) | -$6,384.60 | 3.28% | -$52,903.74 | 4.83% |
| 4505 | VACATION | $0.00 | 0.00% | -$692.16 | 0.06% |
| 4508 | SICK PAY | $0.00 | 0.00% | -$1,845.92 | 0.17% |
| 4910 | CONTRACT CLEANING | $0.00 | 0.00% | -$7,917.41 | 0.72% |
| | TOTAL OTHER PAYROLL | -$27,925.68 | 14.36% | -$189,925.39 | 17.33% |
| | PAYROLL RELATED | | | | |
| 4540 | PAYROLL TAX EXPENSE | -$5,888.79 | 3.03% | -$36,095.22 | 3.29% |
| 4550 | UNEMPLOYMENT TAX EXPENSE | -$1,336.15 | 0.69% | -$9,401.38 | 0.86% |
| 4560 | GROUP INSURANCE-MEDICAL | -$352.30 | 0.18% | -$7,652.89 | 0.70% |
| 4570 | WORKER'S COMPENSATION EXP | $0.00 | 0.00% | -$5,914.84 | 0.54% |
| 5040 | EMPLOYEE MEAL 20% | -$818.36 | 0.42% | -$3,846.15 | 0.35% |
| 5043 | EMPLOYEE INCENTIVE | $0.00 | 0.00% | -$1,184.86 | 0.11% |
| | TOTAL PAYROLL RELATED | -$8,395.60 | 4.32% | -$64,095.34 | 5.85% |
| | TOTAL LABOR | -$67,483.84 | 34.71% | -$431,772.23 | 39.39% |
| | GROSS PROFIT AFTER PRIME COSTS | $77,468.48 | 39.85% | $380,577.98 | 34.72% |
| | FIXED/SEMI-VARIABLE COST | | | | |
| | DIRECT OPERATING COST | | | | |
| 4322 | KEG SHELLS | $0.00 | 0.00% | $690.00 | 0.06% |
| 4575 | UNIFORMS | -$83.37 | 0.04% | -$692.40 | 0.06% |
| 4810 | LINEN & DRYCLEANING | -$258.17 | 0.13% | -$1,500.57 | 0.14% |
| 4880 | CHINA/GLASS/SILVERWARE | $0.00 | 0.00% | -$252.57 | 0.02% |
| 4886 | BAR SUPPLIES & SMALL EQUI | -$267.11 | 0.14% | -$1,202.58 | 0.11% |
| 4887 | KITCHEN SUPPLIES & SMALL | -$349.64 | 0.18% | -$2,185.60 | 0.20% |
| 4888 | RESTAURANT SUPPLIES & SMA | $0.00 | 0.00% | -$919.48 | 0.08% |
| 4890 | JANITORIAL SUPPLIES & SMA | -$88.86 | 0.05% | -$375.20 | 0.03% |
| 4915 | PEST CONTROL | $0.00 | 0.00% | -$813.75 | 0.07% |
| 4925 | IN-HOUSE ENTERTAINMENT | -$3,356.93 | 1.73% | -$13,222.90 | 1.21% |
| 4932 | SOAPS & CHEMICALS | -$1,530.03 | 0.79% | -$9,291.49 | 0.85% |

PREPARED FROM THE CLIENT'S RECORDS WITHOUT AUDIT AND SUBJECT TO YEAR-END ADJUSTMENTS.
PREPARED BY BACK OFFICE.

Page 3 of 6

| | | PERIOD-TO-DATE 05/21/2025 - 06/17/2025 | | YEAR-TO-DATE 01/01/2025 - 06/17/2025 | |
|---|---|---|---|---|---|
| Account | Report Line | AMT($) | (%) | AMT($) | (%) |
| 4934 | PAPER PRODUCTS | -$2,692.22 | 1.38% | -$20,030.96 | 1.83% |
| 4999 | RETAIL TAX/FEES PAID | $0.00 | 0.00% | -$662.61 | 0.06% |
| 5520 | TRAVEL EXPENSES | -$243.45 | 0.13% | -$1,261.06 | 0.12% |
| 5935 | CABLE TV | -$1,855.88 | 0.95% | -$17,074.75 | 1.56% |
| | **TOTAL DIRECT OPERATING COST** | **-$10,725.66** | **5.52%** | **-$68,795.92** | **6.28%** |
| | **ADVERTISING/PROMOTIONS** | | | | |
| 4926 | PRINTING EXPENSE | $0.00 | 0.00% | -$198.75 | 0.02% |
| 5001 | UBER EATS TE | -$1,050.04 | 0.54% | -$8,891.20 | 0.81% |
| 5002 | DOOR DASH | -$2,447.13 | 1.26% | -$13,760.03 | 1.26% |
| 5003 | GRUB HUB TE | -$217.46 | 0.11% | -$2,117.00 | 0.19% |
| 5005 | VDC DINING | -$1,655.14 | 0.85% | -$7,989.01 | 0.73% |
| 5007 | POSTMATES | -$22.89 | 0.01% | -$367.51 | 0.03% |
| 5013 | MARKETING | $0.00 | 0.00% | -$125.00 | 0.01% |
| | **TOTAL ADVERTISING/PROMO'S** | **-$5,392.66** | **2.77%** | **-$33,448.50** | **3.05%** |
| | **COMPS** | | | | |
| 5016 | MANAGER REPAIR | -$2,013.75 | 1.04% | -$5,439.55 | 0.50% |
| 5018 | BAR COMP | -$96.00 | 0.05% | -$503.38 | 0.05% |
| 5031 | PROMO/VIP | -$10,304.12 | 5.30% | -$21,450.76 | 1.96% |
| 5039 | MANAGER 100% COMP | -$1,029.78 | 0.53% | -$3,492.75 | 0.32% |
| 5052 | ALCOHOL/VIP | -$9.99 | 0.01% | -$9.99 | 0.00% |
| 5058 | STAFF TRAINING | -$86.93 | 0.04% | -$330.27 | 0.03% |
| 5059 | CHARITABLE DONATION | -$192.45 | 0.10% | -$1,227.65 | 0.11% |
| 5066 | VIP/PROMO 100% | $0.00 | 0.00% | -$5,660.61 | 0.52% |
| 5067 | MANAGER REPAIR 100% | $0.00 | 0.00% | -$34.97 | 0.00% |
| 5068 | EMPLOYEE MEALS 100% | -$93.94 | 0.05% | -$892.55 | 0.08% |
| 5069 | BAR COMP 100% | $0.00 | 0.00% | -$8.25 | 0.00% |
| | **TOTAL COMPS** | **-$13,826.96** | **7.11%** | **-$39,050.73** | **3.56%** |
| | **GENERAL & ADMINISTRATIVE** | | | | |

PREPARED FROM THE CLIENT'S RECORDS WITHOUT AUDIT AND SUBJECT TO YEAR-END ADJUSTMENTS.
PREPARED BY BACK OFFICE.

Page 4 of 6

| Account | Report Line | PERIOD-TO-DATE 05/21/2025 - 06/17/2025 | | YEAR-TO-DATE 01/01/2025 - 06/17/2025 | |
|---|---|---|---|---|---|
| | | AMT($) | (%) | AMT($) | (%) |
| 5050 | CREDIT CARD EXPENSE | -$4,387.39 | 2.26% | -$22,826.97 | 2.08% |
| 5080 | DUES AND SUBSCRIPTIONS | -$2,187.28 | 1.13% | -$10,226.80 | 0.93% |
| 5100 | GEN LIAB/PROP DAMAGE INS. | $0.00 | 0.00% | -$31,591.14 | 2.88% |
| 5130 | PENALTY ON TAXES | $0.00 | 0.00% | -$921.99 | 0.08% |
| 5220 | LEGAL & ACCOUNTING FEES | -$1,177.53 | 0.61% | -$9,172.94 | 0.84% |
| 5225 | PROTECTION/SECURITY | -$555.74 | 0.29% | -$2,861.48 | 0.26% |
| 5270 | POSTAGE/DELIVERY | $0.00 | 0.00% | -$749.17 | 0.07% |
| 5340 | OFFICE SUPPLIES | -$81.02 | 0.04% | -$598.91 | 0.05% |
| 5350 | CASH OVER/SHORT | $1,773.85 | 0.91% | $3,331.63 | 0.30% |
| 5380 | BANK FEES | -$116.84 | 0.06% | -$597.30 | 0.05% |
| 5460 | TAXES & LICENSES | -$1,535.00 | 0.79% | -$6,722.10 | 0.61% |
| 5805 | COMPUTER RENTAL | $0.00 | 0.00% | -$2,577.33 | 0.24% |
| | **TOTAL GENERAL & AMIN.** | **-$8,266.95** | **4.25%** | **-$85,514.50** | **7.80%** |
| | **MAINTENANCE COST** | | | | |
| 5700 | REPAIR/MAINT EQUIPMENT | -$2,574.29 | 1.32% | -$14,693.44 | 1.34% |
| 5701 | REPAIR/MAINT RESTAURANT | -$1,726.79 | 0.89% | -$5,254.04 | 0.48% |
| 5710 | COMPUTER MAINTENANCE | -$850.70 | 0.44% | -$2,852.82 | 0.26% |
| 5720 | TV REPAIR/PURCHASES | $0.00 | 0.00% | -$7,937.94 | 0.72% |
| | **TOTAL MAINTENANCE COST** | **-$5,151.78** | **2.65%** | **-$30,738.24** | **2.80%** |
| | **OCCUPANCY** | | | | |
| 5490 | TELEPHONE | -$70.96 | 0.04% | -$354.80 | 0.03% |
| 5495 | INTERNET SERVICE EXP | -$175.00 | 0.09% | -$875.00 | 0.08% |
| 5500 | TRASH REMOVAL | -$769.74 | 0.40% | -$1,539.48 | 0.14% |
| 5550 | CAM CHARGES | -$4,062.50 | 2.09% | -$4,062.50 | 0.37% |
| 5810 | EQUIPMENT RENTAL/LEASE | -$1,102.29 | 0.57% | -$6,942.75 | 0.63% |
| 5920 | RENT | -$20,125.00 | 10.35% | -$20,125.00 | 1.84% |
| 5930 | SEWER | $0.00 | 0.00% | -$5,921.44 | 0.54% |
| 5940 | UTILITIES GAS/ELECTRIC | -$6,222.36 | 3.20% | -$44,740.02 | 4.08% |

PREPARED FROM THE CLIENT'S RECORDS WITHOUT AUDIT AND SUBJECT TO YEAR-END ADJUSTMENTS.
PREPARED BY BACK OFFICE.

Page 5 of 6

| Account | Report Line | PERIOD-TO-DATE 05/21/2025 - 06/17/2025 | | YEAR-TO-DATE 01/01/2025 - 06/17/2025 | |
|---------|-------------|------------|-------|------------|-------|
| | | AMT($) | (%) | AMT($) | (%) |
| | TOTAL OCCUPANCY | -$32,527.85 | 16.73% | -$84,560.99 | 7.71% |
| | TOTAL FIXED/SEMI-VARIABLE | -$75,891.86 | 39.04% | -$342,108.88 | 31.21% |
| | OPERATING NET INCOME OR (LOSS) | $1,576.62 | 0.81% | $38,469.10 | 3.51% |
| | NON-OPERATING | | | | |
| | OTHER INCOME | | | | |
| 3060 | LOTTERY COMMISSIONS | $5.52 | 0.00% | $57.35 | 0.01% |
| 3095 | TO GO SURCHARGE | $0.00 | 0.00% | $269.28 | 0.02% |
| 3145 | RETAIL SALES | $23.97 | 0.01% | $145.81 | 0.01% |
| | TOTAL OTHER INCOME | $29.49 | 0.02% | $472.44 | 0.04% |
| | OTHER EXPENSES | | | | |
| 5120 | INTEREST EXPENSE | -$15,554.81 | 8.00% | -$15,554.81 | 1.42% |
| 5230 | HOLDINGS ADVANCEMENT | -$1,229.21 | 0.63% | -$11,119.76 | 1.01% |
| 5964 | OWNERS EXPENSE | $0.00 | 0.00% | -$782.73 | 0.07% |
| 5975 | FRANCHISE FEES | -$1,536.51 | 0.79% | -$13,899.69 | 1.27% |
| | TOTAL OTHER EXPENSES | -$18,320.53 | 9.42% | -$41,356.99 | 3.77% |
| | NET PROFIT OR (LOSS) | -$16,714.42 | -8.60% | -$2,415.45 | -0.22% |

PREPARED FROM THE CLIENT'S RECORDS WITHOUT AUDIT AND SUBJECT TO YEAR-END ADJUSTMENTS.
PREPARED BY BACK OFFICE.

Page 6 of 6

**Back Office**
By Buyers Edge Platform

Unit: ABOUGA'S EAST BRUNSWICK #8354
CASH FLOW STATEMENT
Period: 05/21/2025 - 06/17/2025
Report Generated On: 07/12/2025 12:10:46

| Account | Report Line | CURRENT-PERIOD 05/21/2025 - 06/17/2025 | YEAR-TO-DATE 01/01/2025 - 06/17/2025 | LAST-YEAR-YTD 12/27/2023 - 06/11/2024 |
|---|---|---|---|---|
| | CASH BEGINNING BALANCE | $79,775.65 | $45,632.47 | $53,631.40 |
| | **CASH FLOW FROM OPERATING ACTIVITY** | | | |
| | Cur Year Net Profit (Loss) | -$16,714.42 | -$2,415.45 | $17,158.02 |
| | **NON-CASH ITEMS INCLUDED IN NET INCOME (LOSS)** | | | |
| | **(INCREASE) DECREASE IN ASSETS** | | | |
| 1150 | INVENTORIES | $4,130.20 | $1,114.48 | $11,050.16 |
| | **INCREASE (DECREASE) IN LIABILITIES** | | | |
| 2010 | OLO PAYABLE | $53.91 | $54.12 | -$1,001.28 |
| 2020 | ACCOUNTS PAYABLE | -$5,755.31 | $7,336.82 | $3,409.73 |
| 2060 | GIFT CERTIFICATES PAYABLE | $460.00 | -$485.99 | -$1,357.13 |
| 2100 | FICA/FWT PAYABLE | -$1,249.09 | -$5.46 | -$39.86 |
| 2120 | STATE WITHHOLDING PAYABLE | -$140.00 | -$380.85 | $1.00 |
| 2140 | FEDERAL UNEMPLOYMENT PAY. | $108.70 | $140.64 | $1.75 |
| 2150 | STATE UNEMPLOYMENT PAY. | $1,965.20 | $4,618.31 | $321.63 |
| 2200 | SALES TAX PAYABLE | $11,939.90 | $20,690.16 | $7,440.70 |
| 2250 | ACCRUED PAYROLL PAYABLE | $245.23 | -$750.47 | -$402.73 |
| 2330 | SYSCO PAYABLE | $2,372.01 | -$354.58 | -$5,651.06 |
| 7501 | UNCLAIMED PROPERTY | $0.00 | $0.00 | $73.55 |
| | **NET CASH PROVIDED BY OA** | **-$2,583.67** | **$29,561.73** | **$31,004.48** |
| | **CASH FLOW FROM INVESTING ACTIVITY** | | | |
| 1299 | DUE TO/FROM HOWELL | -$5,320.09 | -$13,122.31 | -$48,158.02 |
| 1445 | KITCHEN EQUIPMENT | $0.00 | -$200.00 | $0.00 |
| | **NET CASH PROVIDED BY IA** | **-$5,320.09** | **-$13,322.31** | **-$48,158.02** |
| | **CASH FLOW FROM FINANCING ACTIVITY** | | | |

PREPARED FROM THE CLIENT'S RECORDS WITHOUT AUDIT AND SUBJECT TO YEAR-END ADJUSTMENTS.
PREPARED BY BACK OFFICE.

| Account | Report Line | CURRENT-PERIOD 05/21/2025 - 06/17/2025 | YEAR-TO-DATE 01/01/2025 - 06/17/2025 | LAST-YEAR-YTD 12/27/2023 - 06/11/2024 |
|---|---|---|---|---|
| 2610 | N/P BENTLEY REALITY GROUP | -$34,441.19 | -$24,441.19 | -$15,481.92 |
| | **NET CASH PROVIDED BY FA** | **-$34,441.19** | **-$24,441.19** | **-$15,481.92** |
| | INCREASE (DECREASE) IN CASH | -$42,344.95 | -$8,201.77 | -$32,635.46 |
| | **ENDING CASH BALANCE** | **$37,430.70** | **$37,430.70** | **$20,995.94** |

PREPARED FROM THE CLIENT'S RECORDS WITHOUT AUDIT AND SUBJECT TO YEAR-END ADJUSTMENTS.
PREPARED BY BACK OFFICE.

Page 2 of 2

**Back Office**
By Buyers Edge Platform

Unit: ABOOGA'S EAST BRUNSWICK #8354
BALANCE SHEET
AS OF 06/17/2025
You're viewing the latest available data from July 12th, 2025,
12:00pm
Report Generated On: 07/12/2025 12:09:18

| Account | Report Line | Amount ($) |
|---|---|---|
| | **ASSETS** | |
| | **CURRENT ASSETS:** | |
| 1030 | HOUSE BANK | $2,492.94 |
| 1100 | CASH OPERATING ACCOUNT | $564,447.76 |
| 1110 | PAYROLL ACCOUNT | -$529,510.00 |
| 1150 | INVENTORIES | $34,135.91 |
| 1299 | DUE TO/FROM HOWELL | $343,035.48 |
| 1301 | DUE TO/FROM TCNJ | $103,725.70 |
| 1270 | EMPLOYEE ADVANCES | $3,473.58 |
| | **TOTAL CURRENT ASSETS:** | **$521,801.37** |
| | **PROPERTY & EQUIPMENT:** | |
| 1420 | FURNITURE & FIXTURES | $6,343.27 |
| 1430 | OFFICE/COMPUTER EQUIPMENT | $193,417.22 |
| 1440 | OPERATING EQUIPMENT | $52,223.93 |
| 1445 | KITCHEN EQUIPMENT | $629,401.49 |
| 1450 | LEASEHOLD IMPROVEMENTS | $1,715,491.01 |
| 1460 | INTERIOR DESIGN/DECOR | $568,525.82 |
| 1470 | CHINA  GLASS  SILVER | $67.11 |
| 1490 | AUTOMOBILE | $540.00 |
| | **TOTAL PROPERTY & EQUIPMENT:** | **$3,166,009.85** |
| | **OTHER ASSETS:** | |
| 1940 | PREOPENING EXPENSES | $164,025.78 |
| | **TOTAL OTHER ASSETS:** | **$164,025.78** |
| | **TOTAL ASSETS:** | **$3,851,837.00** |
| | **LIABILITIES & EQUITY** | |
| | **CURRENT LIABILITIES:** | |
| 2010 | OLO PAYABLE | $3,038.31 |
| 2020 | ACCOUNTS PAYABLE | $14,648.56 |
| 2060 | GIFT CERTIFICATES PAYABLE | -$5,951.82 |
| 2100 | FICA/FWT PAYABLE | $7,829.75 |
| 2120 | STATE WITHHOLDING PAYABLE | -$1,648.71 |
| 2140 | FEDERAL UNEMPLOYMENT PAY. | $436.55 |
| 2150 | STATE UNEMPLOYMENT PAY. | $51,711.94 |
| 2200 | SALES TAX PAYABLE | $32,756.67 |
| 2250 | ACCRUED PAYROLL PAYABLE | $11,167.64 |
| 2305 | AMEX PAYABLE | -$33,621.02 |
| 2320 | RFS PAYABLE | $0.10 |
| 2330 | SYSCO PAYABLE | $51,176.45 |

PREPARED FROM THE CLIENT'S RECORDS WITHOUT AUDIT AND SUBJECT TO YEAR-END ADJUSTMENTS.
PREPARED BY BACK OFFICE.

Page 1 of 2

| Account | Report Line | Amount ($) |
|---|---|---|
| 7501 | UNCLAIMED PROPERTY | $5,727.04 |
| | **TOTAL CURRENT LIABILITIES** | **$137,271.46** |
| | **LONG TERM DEBT:** | |
| 2344 | SBA PPP LOAN | $302,692.00 |
| 2610 | N/P BENTLEY REALITY GROUP | $2,499,869.58 |
| | **TOTAL LONG TERM DEBT:** | **$2,802,561.58** |
| | **TOTAL LIABILITIES:** | **$2,939,833.04** |
| | **PARTNERS EQUITY:** | |
| 2940 | RETAINED EARNINGS | $914,419.41 |
| | Cur Year Net Profit (Loss) | -$2,415.45 |
| | **TOTAL PARTNERS EQUITY:** | **$912,003.96** |
| | **TOTAL LIABILITIES & EQUITY:** | **$3,851,837.00** |

PREPARED FROM THE CLIENT'S RECORDS WITHOUT AUDIT AND SUBJECT TO YEAR-END ADJUSTMENTS.
PREPARED BY BACK OFFICE.

Page 2 of 2

Form **7004**

(Rev December 2018)

Department of the Treasury
Internal Revenue Service

## Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns

► File a separate application for each return.
► Go to *www.irs.gov/Form7004* for instructions and the latest information.

OMB No. 1545-0233

| **Print or Type** | Name |  | Identifying number |
|---|---|---|---|
| | JERSEY WINGS UNLIMITED INC. |  | ███ 8381 |
| | Number, street, and room or suite no. (If P.O. box, see instructions.) | | |
| | 2501 ROUTE 516, SUITE 201 | | |
| | City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code).) | | |
| | OLD BRIDGE, NJ 08857 | | |

**Note:** File request for extension by the due date of the return. See instructions before completing this form.

### Part I   Automatic Extension for Certain Business Income Tax, Information, and Other Returns. See instructions.

**1** Enter the form code for the return listed below that this application is for.................................................... 25

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1120-REIT | 23 |
| Form 1041 (trust) | 05 | Form 1120-RIC | 24 |
| Form 1041-N | 06 | Form 1120S | 25 |
| Form 1041-QFT | 07 | Form 1120-SF | 26 |
| Form 1042 | 08 | Form 3520-A | 27 |
| Form 1065 | 09 | Form 8612 | 28 |
| Form 1066 | 11 | Form 8613 | 29 |
| Form 1120 | 12 | Form 8725 | 30 |
| Form 1120-C | 34 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | Form 8924 | 35 |
| Form 1120-L | 18 | Form 8928 | 36 |
| Form 1120-ND | 19 | | |

### Part II   All Filers Must Complete This Part

**2** If the organization is a foreign corporation that does not have an office or place of business in the United States, check here...... ► ☐

**3** If the organization is a corporation and is the common parent of a group that intends to file a consolidated return, check here..... ► ☐
If checked, attach a statement listing the name, address, and employer identification number (EIN) for each member covered by this application.

**4** If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here.................. ► ☐

**5a** The application is for calendar year 20 24, or tax year beginning _ _ _ _ _ _ _, 20 _ _, and ending _ _ _ _ _ _ _, 20 _ _

**b Short tax year.** If this tax year is less than 12 months, check the reason:  ☐ Initial return  ☐ Final return
☐ Change in accounting period  ☐ Consolidated return to be filed  ☐ Other (See instructions − attach explanation.)

| | | | |
|---|---|---|---|
| **6** Tentative total tax ............................................................. | | **6** | 0. |
| **7** **Total** payments and credits. See instructions.......................................... | | **7** | 0. |
| **8** **Balance due.** Subtract line 7 from line 6. See instructions.................................. | | **8** | 0. |

**BAA  For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**    CPCZ0701L  08/09/18    Form **7004** (Rev. 12-2018)

Form **1120-S**

Department of the Treasury
Internal Revenue Service

## U.S. Income Tax Return for an S Corporation

Do not file this form unless the corporation has filed or
is attaching Form 2553 to elect to be an S corporation.
Go to *www.irs.gov/Form1120S* for instructions and the latest information.

OMB No. 1545-0123

**2024**

For calendar year 2024 or tax year beginning , 2024, ending ,

**A** S election effective date
1/01/2018

**B** Business activity code number (see instructions)
722511

**C** Check if Schedule M-3 attached ☐

TYPE
OR
PRINT

JERSEY WINGS UNLIMITED INC.
2501 ROUTE 516, SUITE 201
OLD BRIDGE, NJ 08857

**D** Employer identification number
█████8381

**E** Date incorporated
3/27/2015

**F** Total assets (see instructions)
$ 2,730,534.

**G** Is the corporation electing to be an S corporation beginning with this tax year? See instructions. ☐ Yes ☒ No

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change
**(4)** ☐ Amended return **(5)** ☐ S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . . . . . . . . . . . . 1

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22. See the instructions for more information.

| | | | | |
|---|---|---|---|---|
| **I N C O M E** | **1 a** Gross receipts or sales 2,636,889. **b** Less returns and allowances | | Balance **1 c** | 2,636,889. |
| | **2** Cost of goods sold (attach Form 1125-A) | | **2** | 725,874. |
| | **3** Gross profit. Subtract line 2 from line 1c | | **3** | 1,911,015. |
| | **4** Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | **4** | |
| | **5** Other income (loss) (see instrs — att statement) . . . . . . . . . . . SEE STATEMENT 1 | | **5** | 3,336. |
| | **6** **Total income (loss).** Add lines 3 through 5 | | **6** | 1,914,351. |
| **D E D U C T I O N S** **S E E** **I N S T R S** | **7** Compensation of officers (see instructions — attach Form 1125-E) | | **7** | |
| | **8** Salaries and wages (less employment credits) | | **8** | 806,830. |
| | **9** Repairs and maintenance | | **9** | 14,053. |
| | **10** Bad debts | | **10** | |
| | **11** Rents | | **11** | 163,586. |
| | **12** Taxes and licenses | | **12** | 89,585. |
| | **13** Interest (see instructions) | | **13** | 9,516. |
| | **14** Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | **14** | 93,804. |
| | **15** Depletion (**do not deduct oil and gas depletion.**) | | **15** | |
| | **16** Advertising | | **16** | 130,072. |
| | **17** Pension, profit-sharing, etc., plans | | **17** | |
| | **18** Employee benefit programs | | **18** | |
| | **19** Energy efficient commercial buildings deduction (attach Form 7205) | | **19** | |
| | **20** Other deductions (attach statement) . . . . . . . . . . . . . . . SEE STATEMENT 2 | | **20** | 646,527. |
| | **21** **Total deductions.** Add lines 7 through 20 | | **21** | 1,953,973. |
| | **22** **Ordinary business income (loss).** Subtract line 21 from line 6 | | **22** | -39,622. |

| | | | | | |
|---|---|---|---|---|---|
| **T A X A N D P A Y M E N T S** | **23a** Excess net passive income or LIFO recapture tax (see instructions) | | **23a** | | |
| | **b** Tax from Schedule D (Form 1120-S) | | **23b** | | |
| | **c** Add lines 23a and 23b (see instructions for additional taxes) | | | **23c** | |
| | **24a** Current year's estimated tax payments and preceding year's overpayment credited to the current year | | **24a** | | |
| | **b** Tax deposited with Form 7004 | | **24b** | | |
| | **c** Credit for federal tax paid on fuels (attach Form 4136) | | **24c** | | |
| | **d** Elective payment election amount from Form 3800 | | **24d** | | |
| | **z** Add lines 24a through 24d | | | **24z** | |
| | **25** Estimated tax penalty (see instructions). Check if Form 2220 is attached . . . . . . . . . . . . . ☐ | | | **25** | |
| | **26** Amount owed. If line 24z is smaller than the total of lines 23c and 25, enter amount owed | | | **26** | 0. |
| | **27** Overpayment. If line 24z is larger than the total of lines 23c and 25, enter amount overpaid | | | **27** | |
| | **28** Enter amount from line 27: **Credited to 2025 estimated tax** | | Refunded ▶ | **28** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer                 Date                 OWNER
                                                          Title

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| DANIEL D. MERKER | DANIEL D. MERKER | | | P01686792 |

Firm's name ▶ BRENDON PIERSON INC

Firm's address ▶ 3311 STATE ROUTE 33
NEPTUNE, NJ 07753

Firm's EIN ▶ ███████

Phone no. (732) 681-4800

**BAA** For Paperwork Reduction Act Notice, see separate instructions.

SPSA0112 10/31/24

Form **1120-S** (2024)

Form 1120-S (2024)  JERSEY WINGS UNLIMITED INC.                                    8381         Page **2**

| **Schedule B** | **Other Information**   (see instructions) | | | | Yes | No |
|---|---|---|---|---|---|---|

**1**  Check accounting method:  **a** ☐ Cash  **b** ☒ Accrual  **c** ☐ Other (specify) ＿＿＿＿＿＿＿＿＿＿

**2**  See the instructions and enter the:
**a** Business activity RESTAURANT ＿＿＿＿＿＿＿＿＿  **b** Product or service FOOD & DRINK ＿＿＿＿＿＿＿

**3**  At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation . . . . . . | | | | | | X

**4**  At the end of the tax year, did the corporation:
**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . . . | | | | | | X

| **(i)** Name of Corporation | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Incorporation | **(iv)** Percentage of Stock Owned | **(v)** If Percentage in (iv) is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below . . . . . . . . . . . . . . . | | | | X

| **(i)** Name of Entity | **(ii)** Employer Identification Number (if any) | **(iii)** Type of Entity | **(iv)** Country of Organization | **(v)** Maximum % Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**5a** At the end of the tax year, did the corporation have any outstanding shares of restricted stock? . . . . . . . . . . . . . . . . . . . . . . | | X
  If "Yes," complete lines (i) and (ii) below.
  **(i)** Total shares of restricted stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ＿＿＿＿＿＿＿＿＿＿
  **(ii)** Total shares of non-restricted stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ＿＿＿＿＿＿＿＿＿＿

**b** At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? . . . . . . | | X
  If "Yes," complete lines (i) and (ii) below.
  **(i)** Total shares of stock outstanding at the end of the tax year . . . . . . . . . . . . . . . . . . . . . . . . . ＿＿＿＿＿＿＿＿＿＿
  **(ii)** Total shares of stock outstanding if all instruments were executed . . . . . . . . . . . . . . . . . . . . . ＿＿＿＿＿＿＿＿＿＿

**6**  Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X

**7**  Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . . . . . . . . . . ☐
  If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

**8**  If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years.
  See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ ＿＿＿＿＿＿＿＿＿＿

**9**  Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X

**10**  Does the corporation satisfy one or more of the following? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X
  **a** The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense.
  **b** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $30 million and the corporation has business interest expense.
  **c** The corporation is a tax shelter and the corporation has business interest expense.
  If "Yes," complete and attach **Form 8990**, Limitation on Business Interest Expense Under Section 163(j).

**11**  Does the corporation satisfy **both** of the following conditions? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X
  **a** The corporation's total receipts (see instructions) for the tax year were less than $250,000.
  **b** The corporation's total assets at the end of the tax year were less than $250,000.
  If "Yes," the corporation is not required to complete Schedules L and M-1.

SPSA0112  08/29/24                                                Form **1120-S** (2024)

Form 1120-S (2024)  JERSEY WINGS UNLIMITED INC.  ▮▮▮▮▮381  Page **3**

| **Schedule B** | **Other Information** (see instructions) *(continued)* | | Yes | No |
|---|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt?............................... | | | X |
| | If "Yes," enter the amount of principal reduction...................................... $ | | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions..... | | | X |
| 14a | Did the corporation make any payments that would require it to file Form(s) 1099?....................... | | X | |
| b | If "Yes," did or will the corporation file required Form(s) 1099?............................. | | X | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund?....................... | | | X |
| | If "Yes," enter the amount from Form 8996, line 15.............................. $ | | | |
| 16 | At any time during the tax year, did the corporation: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? See instructions.... | | | X |

| **Schedule K** | **Shareholders' Pro Rata Share Items** | | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | 1  Ordinary business income (loss) (see page 1, line 22)................................ | | **1** | −39,622. |
| | 2  Net rental real estate income (loss) (attach Form 8825)................................ | | **2** | |
| | 3a  Other gross rental income (loss)........................... | 3a | | |
| | b  Expenses from other rental activities (attach statement)... | 3b | | |
| | c  Other net rental income (loss). Subtract line 3b from line 3a........................ | | **3c** | |
| | 4  Interest income...................................... | | **4** | |
| | 5  Dividends:  a Ordinary dividends........................... | | **5a** | |
| | b Qualified dividends........................ | 5b | | |
| | 6  Royalties.......................................... | | **6** | |
| | 7  Net short-term capital gain (loss) (attach Schedule D (Form 1120-S))................. | | **7** | |
| | 8a  Net long-term capital gain (loss) (attach Schedule D (Form 1120-S))............... | | **8a** | |
| | b  Collectibles (28%) gain (loss)........................... | 8b | | |
| | c  Unrecaptured section 1250 gain (attach statement)........... | 8c | | |
| | 9  Net section 1231 gain (loss) (attach Form 4797)......................... | | **9** | |
| | 10  Other income (loss) (see instructions)..........  Type: | | **10** | |
| **Deductions** | 11  Section 179 deduction (attach Form 4562).............................. | | **11** | |
| | 12a  Cash charitable contributions............................... | | **12a** | |
| | b  Noncash charitable contributions............................ | | **12b** | |
| | c  Investment interest expense............................... | | **12c** | |
| | d  Section 59(e)(2) expenditures..................  Type: _ _ _ _ _ _ _ _ _ _ _ | | **12d** | |
| | e  Other deductions (see instructions)............  Type: | | **12e** | |
| **Credits** | 13a  Low-income housing credit (section 42(j)(5))...................... | | **13a** | |
| | b  Low-income housing credit (other)............................ | | **13b** | |
| | c  Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable)................ | | **13c** | |
| | d  Other rental real estate credits (see instrs).....  Type: _ _ _ _ _ _ _ _ _ _ _ | | **13d** | |
| | e  Other rental credits (see instructions)...........  Type: _ _ _ _ _ _ _ _ _ _ _ | | **13e** | |
| | f  Biofuel producer credit (attach Form 6478)...................... | | **13f** | |
| | g  Other credits (see instructions)...............  Type:    SEE STATEMENT 3 | | **13g** | 17,285. |
| **International** | 14  Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items—International, and check this box to indicate you are reporting items of international tax relevance............ ☐ | | | |
| **Alternative Minimum Tax (AMT) Items** | 15a  Post-1986 depreciation adjustment........................... | | **15a** | −18,570. |
| | b  Adjusted gain or loss................................. | | **15b** | |
| | c  Depletion (other than oil and gas)........................... | | **15c** | |
| | d  Oil, gas, and geothermal properties — gross income................ | | **15d** | |
| | e  Oil, gas, and geothermal properties — deductions................ | | **15e** | |
| | f  Other AMT items (attach statement)......................... | | **15f** | |
| **Items Affecting Shareholder Basis** | 16a  Tax-exempt interest income............................. | | **16a** | |
| | b  Other tax-exempt income.............................. | | **16b** | |
| | c  Nondeductible expenses............................... | | **16c** | 17,285. |
| | d  Distributions (attach stmt if required) (see instrs)............... | | **16d** | |
| | e  Repayment of loans from shareholders...................... | | **16e** | |
| | f  Foreign taxes paid or accrued........................... | | **16f** | |

Form 1120-S (2024)  JERSEY WINGS UNLIMITED INC.                                                    8381         Page **4**

| Schedule K | Shareholders' Pro Rata Share Items *(continued)* | | | | Total amount |
|---|---|---|---|---|---|
| Other Infor-mation | **17a** Investment income | | | 17a | |
| | **b** Investment expenses | | | 17b | |
| | **c** Dividend distributions paid from accumulated earnings and profits | | | 17c | |
| | **d** Other items and amounts | | | | |
| | (attach statement)                          SEE STATEMENT 4 | | | | |
| Recon-ciliation | **18** **Income (loss) reconciliation.** Combine the total amounts on lines 1 through 10. From the result, subtract the sum of the amounts on lines 11 through 12e and 16f. | | | 18 | -39,622. |

| Schedule L | Balance Sheets per Books | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | **Assets** | **(a)** | **(b)** | **(c)** | **(d)** |
| 1 | Cash | | 53,631. | | 45,632. |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( ) | | ( ) | |
| 3 | Inventories | | 45,282. | | 35,250. |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach stmt) . . . . . SEE ST 5 | | 1,046,433. | | 1,162,113. |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 3,259,120. | | 3,259,120. | |
| b | Less accumulated depreciation | ( 1,693,920.) | 1,565,200. | ( 1,806,119.) | 1,453,001. |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | 57,560. | | 57,560. | |
| b | Less accumulated amortization | ( 19,185.) | 38,375. | ( 23,022.) | 34,538. |
| 14 | Other assets (attach stmt) | | | | |
| 15 | Total assets | | 2,748,921. | | 2,730,534. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | 16,676. | | 12,464. |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach stmt) . . SEE ST 6 | | 145,863. | | 207,472. |
| 19 | Loans from shareholders | | 2,100,464. | | 2,099,982. |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | | | |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | 485,918. | | 410,616. |
| 25 | Adjustments to shareholders' equity (att stmt) | | | | |
| 26 | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity | | 2,748,921. | | 2,730,534. |

SPSA0134  10/31/24                                                              Form **1120-S** (2024)

Form 1120-S (2024)  JERSEY WINGS UNLIMITED INC.                                    8381            Page **5**

**Schedule M-1** **Reconciliation of Income (Loss) per Books With Income (Loss) per Return**

Note: The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| **1** | Net income (loss) per books. . . . . . . . . . . . . | −75,302. | **5** | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| **2** | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | **a** | Tax-exempt interest. . $ _ _ _ _ _ _ _ _ _ _ | |
| | | | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| **3** | Expenses recorded on books this year not included on Schedule K, lines 1 through 12e and 16f (itemize): | | **6** | Deductions included on Schedule K, lines 1 through 12e, and 16f, not charged against book income this year (itemize): | |
| **a** | Depreciation. . . . . . . $ _ _ _ _ _ 18,395. | | **a** | Depreciation . . . $ _ _ _ _ _ _ _ _ _ _ | |
| **b** | Travel and entertainment  $ _ _ _ _ _ _ _ _ _ | | | _ _ _ _ _ _ _ _ _ _ _ _ _ | |
| | SEE STATEMENT 7 _ _ _ _ 17,285. | 35,680. | **7** | Add lines 5 and 6. . . . . . . . . . . . . . . . . . . | 0. |
| **4** | Add lines 1 through 3. . . . . . . . . . . . . . . . . . . | −39,622. | **8** | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4. . . . . | −39,622. |

**Schedule M-2** **Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account** (see instructions)

| | | **(a)** Accumulated adjustments account | **(b)** Shareholders' undistributed taxable income previously taxed | **(c)** Accumulated earnings and profits | **(d)** Other adjustments account |
|---|---|---|---|---|---|
| **1** | Balance at beginning of tax year. . . . . . . . . . . . . . . . | −282,698. | | | 727,421. |
| **2** | Ordinary income from page 1, line 22. . . . . . . . . . . | | | | |
| **3** | Other additions. . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| **4** | Loss from page 1, line 22 . . . . . . . . . . . . . . . . . . . | ( 39,622.) | | | |
| **5** | Other reductions. . . . SEE STATEMENT 8 . . . . . | ( 17,285.) | | | ( ) |
| **6** | Combine lines 1 through 5. . . . . . . . . . . . . . . . . . . | −339,605. | | | 727,421. |
| **7** | Distributions. . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| **8** | Balance at end of tax year. Subtract line 7 from line 6. . . . . . . | −339,605. | | | 727,421. |

SPSA0134   08/29/24                                                      Form **1120-S** (2024)

Form **1125-A**
(Rev. November 2024)

Department of the Treasury
Internal Revenue Service

**Cost of Goods Sold**

Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
Go to *www.irs.gov/Form1125A* for the latest information.

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| JERSEY WINGS UNLIMITED INC. | ▮8381 |

| | | |
|---|---|--:|
| **1** | Inventory at beginning of year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **1** | 45,282. |
| **2** | Purchases . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **2** | 715,842. |
| **3** | Cost of labor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **3** | |
| **4** | Additional section 263A costs (attach schedule) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **4** | |
| **5** | Other costs (attach schedule) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **5** | |
| **6** | **Total.** Add lines 1 through 5 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **6** | 761,124. |
| **7** | Inventory at end of year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **7** | 35,250. |
| **8** | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2, or the appropriate line of your tax return. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **8** | 725,874. |

**9 a** Check all methods used for valuing closing inventory. See instructions.

(i) ☒ Cost

(ii) ☐ Lower of cost or market

(iii) ☐ Other (specify method used and attach explanation) _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

For certain small business taxpayers, alternative methods of accounting for inventories:

(iv) ☐ Non-incidental materials and supplies method

(v) ☐ AFS method

(vi) ☐ Non-AFS method

**b** Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . . . . . . . . . . . . . ☐

**d** (i) If the LIFO inventory method was used for this tax year, enter amount of closing inventory figured under LIFO . . . . . . . . . . . . . . . . **9d(i)** | |

(ii) If the LIFO inventory method was used for this tax year, enter amount of the closing LIFO Reserve . . . . . . . . . . . . . . . . . . . . . . . . **9d(ii)** | |

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions . . . . . . ☐ Yes ☒ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No

**BAA  For Paperwork Reduction Act Notice, see instructions.**                                Form **1125-A** (Rev. 11-2024)

671124

| Schedule K-1 (Form 1120-S) | **2024** |
|---|---|
| Department of the Treasury Internal Revenue Service | For calendar year 2024, or tax year |

☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123

beginning  /  /   ending  /  /

## Shareholder's Share of Income, Deductions, Credits, etc.
*See separate instructions.*

| **Part III** | **Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items** |
|---|---|

### Part I   Information About the Corporation

**A** Corporation's employer identification number
381

**B** Corporation's name, address, city, state, and ZIP code
JERSEY WINGS UNLIMITED INC.
2501 ROUTE 516, SUITE 201
OLD BRIDGE, NJ 08857

**C** IRS Center where corporation filed return
E-FILE

**D** Corporation's total number of shares
Beginning of tax year .............. 100
End of tax year .................... 100

### Part II   Information About the Shareholder

**E** Shareholder's identifying number

**F1** Shareholder's name, address, city, state, and ZIP code
IGOR ZAK
2501 ROUTE 516
OLD BRIDGE, NJ 08857

**F2** If the shareholder is a disregarded entity, a trust, an estate, or a nominee or similar person, enter the individual or entity responsible for reporting:
TIN _____ Name _____

**F3** What type of entity is this shareholder?  INDIVIDUAL

**G** Current year allocation percentage ......... 100 %

**H** Shareholder's number of shares
Beginning of tax year .............. 100
End of tax year .................... 100

**I** Loans from shareholder
Beginning of tax year ............. $ 2,332,786.
End of tax year .................... $ 2,332,786.

F O R   I R S   U S E   O N L Y

| | |
|---|---|
| 1 Ordinary business income (loss) | -39,622. |
| 2 Net rental real estate income (loss) | |
| 3 Other net rental income (loss) | |
| 4 Interest income | |
| 5a Ordinary dividends | |
| 5b Qualified dividends | |
| 6 Royalties | |
| 7 Net short-term capital gain (loss) | |
| 8a Net long-term capital gain (loss) | |
| 8b Collectibles (28%) gain (loss) | |
| 8c Unrecaptured section 1250 gain | |
| 9 Net section 1231 gain (loss) | |
| 10 Other income (loss) | |

| | | |
|---|---|---|
| 13 | Credits | |
| N | | 17,285. |
| 14 | Schedule K-3 is attached if checked ............... ☐ | |
| 15 | Alternative minimum tax (AMT) items | |
| A | | -18,570. |
| 16 | Items affecting shareholder basis | |
| C | | 17,285. |
| 17 | Other information | |
| AC* | STMT | |
| AJ* | STMT | |
| V* | STMT | |

| 11 Section 179 deduction | |
|---|---|
| 12 Other deductions | |

| 18 | ☐ More than one activity for at-risk purposes* |
|---|---|
| 19 | ☐ More than one activity for passive activity purposes* |

*See attached statement for additional information.

**BAA  For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.**   www.irs.gov/Form1120S   **Schedule K-1 (Form 1120-S) 2024**

SHAREHOLDER 1

SPSA0412  09/05/24

JERSEY WINGS UNLIMITED INC. ████████81

SCHEDULE K-1 (FORM 1120S) 2024                    **SUPPLEMENTAL INFORMATION**                    PAGE   2

**BOX 17**
**OTHER INFORMATION**

**\* DESCRIPTIVE INFORMATION**
AC    GROSS RECEIPTS FOR SECTION 448(C)......................................................... $ 2,640,225.
AJ    AGGREGATE BUSINESS ACTIVITY GROSS INCOME.......................................    1,914,351.
AJ    AGGREGATE BUSINESS ACTIVITY TOTAL DEDUCTIONS................................    1,953,973.

SHAREHOLDER 1 : IGOR ZAK  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

**Statement A — QBI Pass-through Entity Reporting (Schedule K-1, Box 17, Code V)**

| S corporation's name: JERSEY WINGS UNLIMITED INC. | S corporation's EIN: ████ 8381 |
|---|---|
| Shareholder's name:  IGOR ZAK | Shareholder's identifying number: ████████ |

|  | JERSEY WINGS UNLIMITED INC.<br><br>☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |
|---|---|---|---|
| **Shareholder's share of:** | | | |
| **QBI or qualified PTP items subject to shareholder-specific determinations:** | | | |
| Ordinary business income (loss) | −39,622. | | |
| Rental income (loss) . . . . . . . . . . | | | |
| Royalty income (loss) . . . . . . . . . | | | |
| Section 1231 gain (loss) . . . . . . . | | | |
| Other income (loss) . . . . . . . . . . . | | | |
| Section 179 deduction . . . . . . . . . | | | |
| Other deductions . . . . . . . . . . . . . | | | |
| **W-2 wages** . . . . . . . . . . . . . . . . . . . . . . . . . . | 806,830. | | |
| **UBIA of qualified property** . . . . . . . . . . . . . . . . . | 3,259,120. | | |
| **Section 199A dividends** | | | |

|  | .<br><br>☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB | ☐ PTP<br>☐ Aggregated<br>☐ SSTB |
|---|---|---|---|
| **Shareholder's share of:** | | | |
| **QBI or qualified PTP items subject to shareholder-specific determinations:** | | | |
| Ordinary business income (loss) | | | |
| Rental income (loss) . . . . . . . . . . | | | |
| Royalty income (loss) . . . . . . . . . | | | |
| Section 1231 gain (loss) . . . . . . . | | | |
| Other income (loss) . . . . . . . . . . . | | | |
| Section 179 deduction . . . . . . . . . | | | |
| Other deductions . . . . . . . . . . . . . | | | |
| **W-2 wages** . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **UBIA of qualified property** . . . . . . . . . . . . . . . . . | | | |

Form **8846**

Department of the Treasury
Internal Revenue Service

**Credit for Employer Social Security and Medicare Taxes
Paid on Certain Employee Tips**

**Attach to your tax return.**
**Go to *www.irs.gov/Form8846* for the latest information.**

OMB No. 1545-0123

**2024**

Attachment
Sequence No. **846**

| Name(s) shown on return | Identifying number |
|---|---|
| JERSEY WINGS UNLIMITED INC. | |

**Note:** Claim this credit **only** for employer social security and Medicare taxes paid by a food or beverage employer where tipping is customary for providing food or beverages. See the instructions for line 1.

| | | | |
|---|---|---|---|
| **1** | Tips received by employees for services on which you paid or incurred employer social security and Medicare taxes during the tax year (see instructions) | **1** | 225,949. |
| **2** | Tips not subject to the credit provisions (see instructions) | **2** | 0. |
| **3** | Creditable tips. Subtract line 2 from line 1 | **3** | 225,949. |
| **4** | Multiply line 3 by 7.65% (0.0765). If you had any tipped employees whose wages (including tips) exceeded $168,600, see instructions and check here ☐ | **4** | 17,285. |
| **5** | Credit for employer social security and Medicare taxes paid on certain employee tips from partnerships and S corporations | **5** | |
| **6** | Add lines 4 and 5. Partnerships and S corporations, report this amount on Schedule K. All others, report this amount on Form 3800, Part III, line 4f | **6** | 17,285. |

**BAA  For Paperwork Reduction Act Notice, see instructions.**

Form **8846** (2024)

FDIZ3101L  07/30/24

| 2024 | FEDERAL STATEMENTS | PAGE 1 |
|------|--------------------|--------|

**JERSEY WINGS UNLIMITED INC.** ████3381

**STATEMENT 1**
**FORM 1120S, LINE 5**
**OTHER INCOME**

| | | |
|---|---|---|
| OHER INCOME | $ | 3,336. |
| | TOTAL $ | 3,336. |

**STATEMENT 2**
**FORM 1120S, LINE 20**
**OTHER DEDUCTIONS**

| | | |
|---|---|---|
| AMORTIZATION | $ | 3,837. |
| AUTO AND TRUCK EXPENSE | | 19. |
| BANK CHARGES | | 1,444. |
| CAM CHARGES | | 33,780. |
| CASH OVER/SHORT | | 260. |
| COMPS | | 51,106. |
| COMPUTER RENTAL | | 2,542. |
| CREDIT  CARD FEES | | 46,181. |
| DUES AND SUBSCRIPTIONS | | 21,193. |
| EMPLOYEE INCENTIVE | | 1,551. |
| EMPLOYEE MEALS | | 9,214. |
| EQUIPMENT RENTAL | | 14,420. |
| IN-HOUSE ENTERTAINMENT | | 29,407. |
| INSURANCE | | 56,819. |
| LEGAL AND PROFESSIONAL | | 18,672. |
| OFFICE EXPENSE | | 987. |
| PAPER PRODUCTS | | 53,217. |
| PEST CONTROL | | 2,084. |
| POSTAGE | | 1,082. |
| ROYALTIES | | 131,844. |
| SECURITY | | 13,368. |
| SOAPS & CHEMICALS | | 13,757. |
| SUPPLIES | | 6,006. |
| TELEPHONE | | 2,454. |
| TRASH REMOVAL | | 3,849. |
| TRAVEL | | 1,873. |
| UNIFORMS | | 3,612. |
| UTILITIES | | 121,943. |
| | TOTAL $ | 646,527. |

**STATEMENT 3**
**FORM 1120S, SCHEDULE K, LINE 13G**
**OTHER CREDITS**

| | | |
|---|---|---|
| FROM 8846 CREDIT FOR EMPLOYER SS TAX ON CERTAIN EMPLOYEE TIPS | $ | 17,285. |
| | TOTAL $ | 17,285. |

| 2024 | FEDERAL STATEMENTS | PAGE 2 |
|---|---|---|

**JERSEY WINGS UNLIMITED INC.** ▇81

**STATEMENT 4**
**FORM 1120S, SCHEDULE K, LINE 17D**
**OTHER ITEMS AND AMOUNTS**

| | |
|---|---|
| GROSS RECEIPTS FOR SECTION 448(C) | $   2,640,225. |
| AGGREGATE BUSINESS ACTIVITY GROSS INCOME FOR SEC. 461(L) | $   1,914,351. |
| AGGREGATE BUSINESS ACTIVITY TOTAL DEDUCTIONS FOR SEC. 461(L) | $   1,953,973. |

**STATEMENT 5**
**FORM 1120S, SCHEDULE L, LINE 6**
**OTHER CURRENT ASSETS**

| | BEGINNING | ENDING |
|---|---|---|
| DUE FROM AFFILIATE | $   1,042,959. | $   1,158,639. |
| EMPLOYEE ADVANCES | 3,474. | 3,474. |
| TOTAL | $   1,046,433. | $   1,162,113. |

**STATEMENT 6**
**FORM 1120S, SCHEDULE L, LINE 18**
**OTHER CURRENT LIABILITIES**

| | BEGINNING | ENDING |
|---|---|---|
| ACCRUED EXPENSES | $   64,689. | $   141,448. |
| PAYROLL LIABILITIES | 66,336. | 53,957. |
| SALES TAX PAYABLE | 14,838. | 12,067. |
| TOTAL | $   145,863. | $   207,472. |

**STATEMENT 7**
**FORM 1120S, SCHEDULE M-1, LINE 3**
**EXPENSES ON BOOKS NOT ON SCHEDULE K**

| | |
|---|---|
| PAYROLL TAXES FOR EMPLOYER SS TAX ON TIPS CREDIT | $   17,285. |
| TOTAL | $   17,285. |

**STATEMENT 8**
**FORM 1120S, SCHEDULE M-2, COLUMN A, LINE 5**
**OTHER REDUCTIONS**

| | |
|---|---|
| PAYROLL TAXES FOR EMPLOYER SS TAX ON TIPS CREDIT | $   17,285. |
| TOTAL | $   17,285. |

**2024**       **GENERAL ELECTIONS**       **PAGE 1**

**JERSEY WINGS UNLIMITED INC.**  8381

**SECTION 1.263(A)-1(F) DE MINIMIS SAFE HARBOR ELECTION**

THE CORPORATION HEREBY MAKES THE DE MINIMIS SAFE HARBOR ELECTION UNDER REGULATION
1.263(A)-1(F).

JERSEY WINGS UNLIMITED INC.
2501 ROUTE 516, SUITE 201
OLD BRIDGE, NJ 08857
47-4048381