**Back Office** By Buyers Edge Platform

Unit: AROOGA'S EAST BRUNSWICK #8354
CASH FLOW STATEMENT
Period: 05/21/2025 - 06/17/2025
Report Generated On: 07/12/2025 12:10:46

| Account | Report Line | CURRENT-PERIOD 05/21/2025 - 06/17/2025 | YEAR-TO-DATE 01/01/2025 - 06/17/2025 | LAST-YEAR-YTD 12/27/2023 - 06/11/2024 |
|---|---|---:|---:|---:|
|  | CASH BEGINNING BALANCE | $79,775.65 | $45,632.47 | $53,631.40 |
|  | **CASH FLOW FROM OPERATING ACTIVITY** |  |  |  |
|  | Cur Year Net Profit (Loss) | -$16,714.42 | -$2,415.45 | $17,158.02 |
|  | **NON-CASH ITEMS INCLUDED IN NET INCOME (LOSS)** |  |  |  |
|  | **(INCREASE) DECREASE IN ASSETS** |  |  |  |
| 1150 | INVENTORIES | $4,130.20 | $1,114.48 | $11,050.16 |
|  | **INCREASE (DECREASE) IN LIABILITIES** |  |  |  |
| 2010 | OLO PAYABLE | $53.91 | $54.12 | -$1,001.28 |
| 2020 | ACCOUNTS PAYABLE | -$5,755.31 | $7,336.82 | $3,409.73 |
| 2060 | GIFT CERTIFICATES PAYABLE | $460.00 | -$485.99 | -$1,357.13 |
| 2100 | FICA/FWT PAYABLE | -$1,249.09 | -$5.46 | -$39.86 |
| 2120 | STATE WITHHOLDING PAYABLE | -$140.00 | -$380.85 | $1.00 |
| 2140 | FEDERAL UNEMPLOYMENT PAY. | $108.70 | $140.64 | $1.75 |
| 2150 | STATE UNEMPLOYMENT PAY. | $1,965.20 | $4,618.31 | $321.63 |
| 2200 | SALES TAX PAYABLE | $11,939.90 | $20,690.16 | $7,440.70 |
| 2250 | ACCRUED PAYROLL PAYABLE | $245.23 | -$750.47 | -$402.73 |
| 2330 | SYSCO PAYABLE | $2,372.01 | -$354.58 | -$5,651.06 |
| 7501 | UNCLAIMED PROPERTY | $0.00 | $0.00 | $73.55 |
|  | **NET CASH PROVIDED BY OA** | **-$2,583.67** | **$29,561.73** | **$31,004.48** |
|  | **CASH FLOW FROM INVESTING ACTIVITY** |  |  |  |
| 1299 | DUE TO/FROM HOWELL | -$5,320.09 | -$13,122.31 | -$48,158.02 |
| 1445 | KITCHEN EQUIPMENT | $0.00 | -$200.00 | $0.00 |
|  | **NET CASH PROVIDED BY IA** | **-$5,320.09** | **-$13,322.31** | **-$48,158.02** |
|  | **CASH FLOW FROM FINANCING ACTIVITY** |  |  |  |

PREPARED FROM THE CLIENT'S RECORDS WITHOUT AUDIT AND SUBJECT TO YEAR-END ADJUSTMENTS.
PREPARED BY BACK OFFICE.

Page 1 of 2

| Account | Report Line | CURRENT-PERIOD 05/21/2025 - 06/17/2025 | YEAR-TO-DATE 01/01/2025 - 06/17/2025 | LAST-YEAR-YTD 12/27/2023 - 06/11/2024 |
|---|---|---:|---:|---:|
| 2610 | N/P BENTLEY REALITY GROUP | -$34,441.19 | -$24,441.19 | -$15,481.92 |
| | **NET CASH PROVIDED BY FA** | **-$34,441.19** | **-$24,441.19** | **-$15,481.92** |
| | INCREASE (DECREASE) IN CASH | -$42,344.95 | -$8,201.77 | -$32,635.46 |
| | **ENDING CASH BALANCE** | **$37,430.70** | **$37,430.70** | **$20,995.94** |