# Back Office
By Buyers Edge Platform

PERIOD INCOME AND EXPENSE

Period: 05/21/2025 - 06/17/2025

You're viewing the latest available data from July 12th, 2025, 11:55am

Report Generated On: 07/12/2025 12:05:43

| Account | Report Line | PERIOD-TO-DATE 05/21/2025 - 06/17/2025 | | YEAR-TO-DATE 01/01/2025 - 06/17/2025 | |
|---|---|---|---|---|---|
| | | AMT($) | (%) | AMT($) | (%) |
| | **INCOME** | | | | |
| | **SALES** | | | | |
| 3010 | FOOD SALES | $137,181.43 | 70.57% | $779,154.28 | 71.09% |
| 3020 | NA BEVERAGE SALES | $7,960.44 | 4.09% | $42,621.60 | 3.89% |
| | **TOTAL FOOD & BEV SALES** | **$145,141.87** | **74.66%** | **$821,775.88** | **74.98%** |
| | **BAR SALES** | | | | |
| 3170 | BEER SALES | $28,911.95 | 14.87% | $153,737.41 | 14.03% |
| 3180 | WINE SALES | $1,827.69 | 0.94% | $8,474.68 | 0.77% |
| 3100 | LIQUOR SALES | $18,521.85 | 9.53% | $112,075.60 | 10.23% |
| | **TOTAL BAR SALES** | **$49,261.49** | **25.34%** | **$274,287.69** | **25.02%** |
| | **TOTAL INCOME** | **$194,403.36** | **100.00%** | **$1,096,063.57** | **100.00%** |
| | **CONTROLLABLE COSTS** | | | | |
| | **FOOD COST** | | | | |
| 4010 | PRODUCE | -$2,190.68 | 1.51% | -$12,876.39 | 1.57% |
| 4020 | DAIRY | -$2,315.41 | 1.60% | -$12,730.10 | 1.55% |
| 4025 | BREAD | -$2,836.66 | 1.95% | -$17,611.28 | 2.14% |
| 4030 | MEAT | -$5,452.18 | 3.76% | -$30,848.48 | 3.75% |
| 4035 | FROZEN | -$9,360.18 | 6.45% | -$53,032.85 | 6.45% |
| 4040 | SEAFOOD | -$653.95 | 0.45% | -$3,485.20 | 0.42% |
| 4050 | GROCERY | -$6,369.15 | 4.39% | -$33,415.16 | 4.07% |
| 4055 | DESSERTS | -$1,193.70 | 0.82% | -$7,088.34 | 0.86% |
| 4060 | POULTRY | -$6,392.85 | 4.40% | -$38,069.36 | 4.63% |
| 4075 | PREP ITEMS | -$25.02 | 0.02% | -$356.96 | 0.04% |

PREPARED FROM THE CLIENT'S RECORDS WITHOUT AUDIT AND SUBJECT TO YEAR-END ADJUSTMENTS.
PREPARED BY BACK OFFICE.

Page 1 of 6

| Account | Report Line | PERIOD-TO-DATE 05/21/2025 - 06/17/2025 | | YEAR-TO-DATE 01/01/2025 - 06/17/2025 | |
| --- | --- | --- | --- | --- | --- |
| | | AMT($) | (%) | AMT($) | (%) |
| 4080 | NA BEVERAGES | -$1,697.50 | 1.17% | -$10,392.93 | 1.26% |
| 4087 | SHORTENING | -$1,363.03 | 0.94% | -$7,814.27 | 0.95% |
| | **TOTAL FOOD COST** | **-$39,850.31** | **27.46%** | **-$227,721.32** | **27.71%** |
| | **POUR COST** | | | | |
| 4320 | BEER | -$6,242.77 | 21.59% | -$32,037.96 | 20.84% |
| 4330 | WINE | -$157.90 | 8.64% | -$1,332.35 | 15.72% |
| 4370 | LIQUOR | -$2,243.82 | 12.11% | -$16,623.94 | 14.83% |
| 4380 | BAR CONSUMABLES | -$956.24 | 5.16% | -$5,997.79 | 5.35% |
| | **TOTAL POUR COST** | **-$9,600.73** | **19.49%** | **-$55,992.04** | **20.41%** |
| | **TOTAL COST OF SALES** | **-$49,451.04** | **25.44%** | **-$283,713.36** | **25.88%** |
| | **LABOR ANALYSIS** | | | | |
| | **BACK OF THE HOUSE** | | | | |
| 4435 | LINE COOK | -$15,795.57 | 8.13% | -$85,497.87 | 7.80% |
| 4440 | DISHWASHERS | -$2,374.94 | 1.22% | -$17,156.54 | 1.57% |
| | **B.O.H. TOTAL** | **-$18,170.51** | **9.35%** | **-$102,654.41** | **9.37%** |
| | **FRONT OF THE HOUSE** | | | | |
| 4444 | RUNNER | -$182.42 | 0.09% | -$1,097.25 | 0.10% |
| 4450 | HOST | -$4,379.66 | 2.25% | -$25,776.83 | 2.35% |
| 4460 | WAIT STAFF (SERVERS) | -$5,842.68 | 3.01% | -$32,704.83 | 2.98% |
| 4480 | BUSSER | -$106.47 | 0.05% | -$836.38 | 0.08% |
| 4485 | BARTENDERS | -$2,434.35 | 1.25% | -$13,628.80 | 1.24% |
| 4495 | FOH TRAINING | -$46.47 | 0.02% | -$1,053.00 | 0.10% |
| | **F.O.H. TOTAL** | **-$12,992.05** | **6.68%** | **-$75,097.09** | **6.85%** |
| | **TOTAL OPERATIONAL PAYROLL** | **-$31,162.56** | **16.03%** | **-$177,751.50** | **16.22%** |
| | **OTHER PAYROLL** | | | | |
| 4400 | MANAGER SALARIES | -$11,153.84 | 5.74% | -$75,283.26 | 6.87% |
| 4405 | SHIFT SUPERVISOR (HOURLY) | -$2,694.92 | 1.39% | -$5,128.98 | 0.47% |
| 4410 | ADMIN | -$7,692.32 | 3.96% | -$46,153.92 | 4.21% |

PREPARED FROM THE CLIENT'S RECORDS WITHOUT AUDIT AND SUBJECT TO YEAR-END ADJUSTMENTS.
PREPARED BY BACK OFFICE.

| | | PERIOD-TO-DATE 05/21/2025 - 06/17/2025 | | YEAR-TO-DATE 01/01/2025 - 06/17/2025 | |
|---|---|---|---|---|---|
| Account | Report Line | AMT($) | (%) | AMT($) | (%) |
| 4420 | CHEF (KITCHEN MANAGER) | -$6,384.60 | 3.28% | -$52,903.74 | 4.83% |
| 4505 | VACATION | $0.00 | 0.00% | -$692.16 | 0.06% |
| 4508 | SICK PAY | $0.00 | 0.00% | -$1,845.92 | 0.17% |
| 4910 | CONTRACT CLEANING | $0.00 | 0.00% | -$7,917.41 | 0.72% |
| | **TOTAL OTHER PAYROLL** | **-$27,925.68** | **14.36%** | **-$189,925.39** | **17.33%** |
| | **PAYROLL RELATED** | | | | |
| 4540 | PAYROLL TAX EXPENSE | -$5,888.79 | 3.03% | -$36,095.22 | 3.29% |
| 4550 | UNEMPLOYMENT TAX EXPENSE | -$1,336.15 | 0.69% | -$9,401.38 | 0.86% |
| 4560 | GROUP INSURANCE-MEDICAL | -$352.30 | 0.18% | -$7,652.89 | 0.70% |
| 4570 | WORKER'S COMPENSATION EXP | $0.00 | 0.00% | -$5,914.84 | 0.54% |
| 5040 | EMPLOYEE MEAL 20% | -$818.36 | 0.42% | -$3,846.15 | 0.35% |
| 5043 | EMPLOYEE INCENTIVE | $0.00 | 0.00% | -$1,184.86 | 0.11% |
| | **TOTAL PAYROLL RELATED** | **-$8,395.60** | **4.32%** | **-$64,095.34** | **5.85%** |
| | **TOTAL LABOR** | **-$67,483.84** | **34.71%** | **-$431,772.23** | **39.39%** |
| | **GROSS PROFIT AFTER PRIME COSTS** | **$77,468.48** | **39.85%** | **$380,577.98** | **34.72%** |
| | **FIXED/SEMI-VARIABLE COST** | | | | |
| | **DIRECT OPERATING COST** | | | | |
| 4322 | KEG SHELLS | $0.00 | 0.00% | $690.00 | 0.06% |
| 4575 | UNIFORMS | -$83.37 | 0.04% | -$692.40 | 0.06% |
| 4810 | LINEN & DRYCLEANING | -$258.17 | 0.13% | -$1,500.57 | 0.14% |
| 4880 | CHINA/GLASS/SILVERWARE | $0.00 | 0.00% | -$252.57 | 0.02% |
| 4886 | BAR SUPPLIES & SMALL EQUI | -$267.11 | 0.14% | -$1,202.58 | 0.11% |
| 4887 | KITCHEN SUPPLIES & SMALL | -$349.64 | 0.18% | -$2,185.60 | 0.20% |
| 4888 | RESTAURANT SUPPLIES & SMA | $0.00 | 0.00% | -$919.48 | 0.08% |
| 4890 | JANITORIAL SUPPLIES & SMA | -$88.86 | 0.05% | -$375.20 | 0.03% |
| 4915 | PEST CONTROL | $0.00 | 0.00% | -$813.75 | 0.07% |
| 4925 | IN-HOUSE ENTERTAINMENT | -$3,356.93 | 1.73% | -$13,222.90 | 1.21% |
| 4932 | SOAPS & CHEMICALS | -$1,530.03 | 0.79% | -$9,291.49 | 0.85% |

PREPARED FROM THE CLIENT'S RECORDS WITHOUT AUDIT AND SUBJECT TO YEAR-END ADJUSTMENTS.
PREPARED BY BACK OFFICE.

Page 3 of 6

| Account | Report Line | PERIOD-TO-DATE 05/21/2025 - 06/17/2025 AMT($) | (%) | YEAR-TO-DATE 01/01/2025 - 06/17/2025 AMT($) | (%) |
|---------|-------------|-------------|------|-------------|------|
| 4934 | PAPER PRODUCTS | -$2,692.22 | 1.38% | -$20,030.96 | 1.83% |
| 4999 | RETAIL TAX/FEES PAID | $0.00 | 0.00% | -$662.61 | 0.06% |
| 5520 | TRAVEL EXPENSES | -$243.45 | 0.13% | -$1,261.06 | 0.12% |
| 5935 | CABLE TV | -$1,855.88 | 0.95% | -$17,074.75 | 1.56% |
|  | **TOTAL DIRECT OPERATING COST** | **-$10,725.66** | **5.52%** | **-$68,795.92** | **6.28%** |
|  | **ADVERTISING/PROMOTIONS** |  |  |  |  |
| 4926 | PRINTING EXPENSE | $0.00 | 0.00% | -$198.75 | 0.02% |
| 5001 | UBER EATS TE | -$1,050.04 | 0.54% | -$8,891.20 | 0.81% |
| 5002 | DOOR DASH | -$2,447.13 | 1.26% | -$13,760.03 | 1.26% |
| 5003 | GRUB HUB TE | -$217.46 | 0.11% | -$2,117.00 | 0.19% |
| 5005 | VDC DINING | -$1,655.14 | 0.85% | -$7,989.01 | 0.73% |
| 5007 | POSTMATES | -$22.89 | 0.01% | -$367.51 | 0.03% |
| 5013 | MARKETING | $0.00 | 0.00% | -$125.00 | 0.01% |
|  | **TOTAL ADVERTISING/PROMO'S** | **-$5,392.66** | **2.77%** | **-$33,448.50** | **3.05%** |
|  | **COMPS** |  |  |  |  |
| 5016 | MANAGER REPAIR | -$2,013.75 | 1.04% | -$5,439.55 | 0.50% |
| 5018 | BAR COMP | -$96.00 | 0.05% | -$503.38 | 0.05% |
| 5031 | PROMO/VIP | -$10,304.12 | 5.30% | -$21,450.76 | 1.96% |
| 5039 | MANAGER 100% COMP | -$1,029.78 | 0.53% | -$3,492.75 | 0.32% |
| 5052 | ALCOHOL/VIP | -$9.99 | 0.01% | -$9.99 | 0.00% |
| 5058 | STAFF TRAINING | -$86.93 | 0.04% | -$330.27 | 0.03% |
| 5059 | CHARITABLE DONATION | -$192.45 | 0.10% | -$1,227.65 | 0.11% |
| 5066 | VIP/PROMO 100% | $0.00 | 0.00% | -$5,660.61 | 0.52% |
| 5067 | MANAGER REPAIR 100% | $0.00 | 0.00% | -$34.97 | 0.00% |
| 5068 | EMPLOYEE MEALS 100% | -$93.94 | 0.05% | -$892.55 | 0.08% |
| 5069 | BAR COMP 100% | $0.00 | 0.00% | -$8.25 | 0.00% |
|  | **TOTAL COMPS** | **-$13,826.96** | **7.11%** | **-$39,050.73** | **3.56%** |
|  | **GENERAL & ADMINISTRATIVE** |  |  |  |  |

PREPARED FROM THE CLIENT'S RECORDS WITHOUT AUDIT AND SUBJECT TO YEAR-END ADJUSTMENTS.
PREPARED BY BACK OFFICE.

Page 4 of 6

| Account | Report Line | PERIOD-TO-DATE 05/21/2025 - 06/17/2025 | | YEAR-TO-DATE 01/01/2025 - 06/17/2025 | |
| --- | --- | --- | --- | --- | --- |
| | | AMT($) | (%) | AMT($) | (%) |
| 5050 | CREDIT CARD EXPENSE | -$4,387.39 | 2.26% | -$22,826.97 | 2.08% |
| 5080 | DUES AND SUBSCRIPTIONS | -$2,187.28 | 1.13% | -$10,226.80 | 0.93% |
| 5100 | GEN LIAB/PROP DAMAGE INS. | $0.00 | 0.00% | -$31,591.14 | 2.88% |
| 5130 | PENALTY ON TAXES | $0.00 | 0.00% | -$921.99 | 0.08% |
| 5220 | LEGAL & ACCOUNTING FEES | -$1,177.53 | 0.61% | -$9,172.94 | 0.84% |
| 5225 | PROTECTION/SECURITY | -$555.74 | 0.29% | -$2,861.48 | 0.26% |
| 5270 | POSTAGE/DELIVERY | $0.00 | 0.00% | -$749.17 | 0.07% |
| 5340 | OFFICE SUPPLIES | -$81.02 | 0.04% | -$598.91 | 0.05% |
| 5350 | CASH OVER/SHORT | $1,773.85 | 0.91% | $3,331.63 | 0.30% |
| 5380 | BANK FEES | -$116.84 | 0.06% | -$597.30 | 0.05% |
| 5460 | TAXES & LICENSES | -$1,535.00 | 0.79% | -$6,722.10 | 0.61% |
| 5805 | COMPUTER RENTAL | $0.00 | 0.00% | -$2,577.33 | 0.24% |
| | **TOTAL GENERAL & AMIN.** | **-$8,266.95** | **4.25%** | **-$85,514.50** | **7.80%** |
| | **MAINTENANCE COST** | | | | |
| 5700 | REPAIR/MAINT EQUIPMENT | -$2,574.29 | 1.32% | -$14,693.44 | 1.34% |
| 5701 | REPAIR/MAINT RESTAURANT | -$1,726.79 | 0.89% | -$5,254.04 | 0.48% |
| 5710 | COMPUTER MAINTENANCE | -$850.70 | 0.44% | -$2,852.82 | 0.26% |
| 5720 | TV REPAIR/PURCHASES | $0.00 | 0.00% | -$7,937.94 | 0.72% |
| | **TOTAL MAINTENANCE COST** | **-$5,151.78** | **2.65%** | **-$30,738.24** | **2.80%** |
| | **OCCUPANCY** | | | | |
| 5490 | TELEPHONE | -$70.96 | 0.04% | -$354.80 | 0.03% |
| 5495 | INTERNET SERVICE EXP | -$175.00 | 0.09% | -$875.00 | 0.08% |
| 5500 | TRASH REMOVAL | -$769.74 | 0.40% | -$1,539.48 | 0.14% |
| 5550 | CAM CHARGES | -$4,062.50 | 2.09% | -$4,062.50 | 0.37% |
| 5810 | EQUIPMENT RENTAL/LEASE | -$1,102.29 | 0.57% | -$6,942.75 | 0.63% |
| 5920 | RENT | -$20,125.00 | 10.35% | -$20,125.00 | 1.84% |
| 5930 | SEWER | $0.00 | 0.00% | -$5,921.44 | 0.54% |
| 5940 | UTILITIES GAS/ELECTRIC | -$6,222.36 | 3.20% | -$44,740.02 | 4.08% |

PREPARED FROM THE CLIENT'S RECORDS WITHOUT AUDIT AND SUBJECT TO YEAR-END ADJUSTMENTS.
PREPARED BY BACK OFFICE.

| Account | Report Line | PERIOD-TO-DATE 05/21/2025 - 06/17/2025 AMT($) | (%) | YEAR-TO-DATE 01/01/2025 - 06/17/2025 AMT($) | (%) |
|---------|-------------|---------|-----|---------|-----|
| | TOTAL OCCUPANCY | -$32,527.85 | 16.73% | -$84,560.99 | 7.71% |
| | TOTAL FIXED/SEMI-VARIABLE | -$75,891.86 | 39.04% | -$342,108.88 | 31.21% |
| | OPERATING NET INCOME OR (LOSS) | $1,576.62 | 0.81% | $38,469.10 | 3.51% |
| | NON-OPERATING | | | | |
| | OTHER INCOME | | | | |
| 3060 | LOTTERY COMMISSIONS | $5.52 | 0.00% | $57.35 | 0.01% |
| 3095 | TO GO SURCHARGE | $0.00 | 0.00% | $269.28 | 0.02% |
| 3145 | RETAIL SALES | $23.97 | 0.01% | $145.81 | 0.01% |
| | TOTAL OTHER INCOME | $29.49 | 0.02% | $472.44 | 0.04% |
| | OTHER EXPENSES | | | | |
| 5120 | INTEREST EXPENSE | -$15,554.81 | 8.00% | -$15,554.81 | 1.42% |
| 5230 | HOLDINGS ADVANCEMENT | -$1,229.21 | 0.63% | -$11,119.76 | 1.01% |
| 5964 | OWNERS EXPENSE | $0.00 | 0.00% | -$782.73 | 0.07% |
| 5975 | FRANCHISE FEES | -$1,536.51 | 0.79% | -$13,899.69 | 1.27% |
| | TOTAL OTHER EXPENSES | -$18,320.53 | 9.42% | -$41,356.99 | 3.77% |
| | NET PROFIT OR (LOSS) | -$16,714.42 | -8.60% | -$2,415.45 | -0.22% |

PREPARED FROM THE CLIENT'S RECORDS WITHOUT AUDIT AND SUBJECT TO YEAR-END ADJUSTMENTS.
PREPARED BY BACK OFFICE.

Page 6 of 6