UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SILVERMAN LAW PLLC
4 Terry Terrace
Livingston, New Jersey 07039
Brett S. Silverman, Esq.
Brett@getconciergelaw.com
T: 646.281.6008
F: 888.896.5886

Proposed Counsel to Jersey Wings Unlimited Inc.

In Re:

JERSEY WINGS UNLIMITED INC,

Debtor.

Order Filed on July 24, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 25-16570 (MEH)

Chapter: 11

Judge: Hall

## ORDER AUTHORIZING RETENTION OF

Silverman Law PLLC

The relief set forth on the following page is **ORDERED**.

**DATED:** July 24, 2025

Honorable Mark E. Hall
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain  Silverman Law PLLC
as  General Bankruptcy Counsel , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: 4 Terry Terrace
   Livingston, NJ 07039

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                                      Case No. 25-16570-MEH
Jersey Wings Unlimited, Inc.                                                                Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                              Page 1 of 1
Date Rcvd: Jul 24, 2025                       Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2025:**

**Recip ID         Recipient Name and Address**
db            +    Jersey Wings Unlimited, Inc., 2501 Route 516, Suite 201, Old Bridge, NJ 08857-4604

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2025                            Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2025 at the address(es) listed below:**

**Name              Email Address**

Brett Silverman
    on behalf of Debtor Jersey Wings Unlimited  Inc. brett@getconciergelaw.com

Jerrold S. Kulback
    on behalf of Creditor Coralmay  LLC jkulback@archerlaw.com, ahuber@archerlaw.com

Samantha Lieb
    on behalf of U.S. Trustee U.S. Trustee samantha.lieb2@usdoj.gov

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4